# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DENNIS KING and TRICIA KING, husband and wife,<br>*Plaintiff*<br>v.<br>TERENCE SEAN McGEE, M.D. and KIM MCGEE, husband and wife, and OHS HEALTH & SAFETY SERVICES, INC., a California Corporation,<br>*Defendant* | Civil Action No. 2:12-CV-0622-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Dennis King and Tricia King recover from the defendant *(name)* Terence Sean McGee, M.D., Kim McGee and OHS Health & Safety Services, Inc. the amount of Five Hundred Thirty Seven Thousand Five Hundred dollars ($ 537,500.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.82 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Thomas O. Rice presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: January 19, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen