UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS KING and TRICIA KING, husband and wife,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TERENCE SEAN MCGEE, M.D. and OHS HEALTH & SAFETY SERVICES, INC., a California Corporation,<br><br>　　　　　　　　Defendants. | NO. 2:12-CV-0622-TOR<br><br>ORDER GRANTING DEFENDANT OHS, INC.'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW |

BEFORE THE COURT is Defendant OHS Health & Safety Services, Inc.'s Motion for Entry of Judgment as a Matter of Law. ECF No. 237. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

On January 19, 2017, the Court entered a Judgment in favor of Plaintiffs Dennis and Tricia King against Defendants Terence Sean McGee, M.D., Kim McGee, and OHS Health & Safety Services, Inc. following a jury trial. ECF No.

ORDER GRANTING DEFENDANT OHS, INC.'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW ~ 1

195. On September 5, 2017, the Court granted Plaintiffs' motion to certify the judgment and register it in the Central District of California. ECF No. 228.

On February 2, 2017, Defendants filed a Notice of Appeal with the Ninth Circuit Court of Appeals. ECF No. 197. On June 18, 2018, the Ninth Circuit determined that this Court erred in not granting OHS's motion for judgment as a matter of law. ECF No. 235 at 3. The Ninth Circuit reversed this Court's judgment against OHS and "remand[ed] for entry of judgment as a matter of law in OHS's favor." *Id.* at 4. The Mandate was issued on July 10, 2018. ECF No. 236.

In the instant motion, OHS requests entry of an order granting its motion for judgment as a matter of law dismissing it from this action, an amended judgment reflecting OHS's dismissal from this suit, and that Plaintiffs be ordered to take all actions necessary to replace the certified judgment filed in the Central District of California with the appropriate amended judgment. ECF No. 237 at 1-2.

Plaintiffs agree that based on the Ninth Circuit Memorandum Opinion, entry of judgment as a matter of law in favor of OHS is appropriate. ECF No. 238 at 2. Plaintiffs assert that their counsel will take steps to certify and file a second amended judgment in the Central District of California upon receipt of the same. *Id.*

The Court grants OHS's Motion and dismisses OHS from this suit in accordance with the Ninth Circuit order. The Court orders that the Judgment be

amended to reflect this dismissal and Plaintiffs shall filed the amended judgment in the Central District of California.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant OHS, Inc.'s Motion for Entry of Judgment as a Matter of Law (ECF No. 237) is **GRANTED**.

2. The Clerk of Court shall enter a Second Amended Judgment (amending ECF No. 234) reflecting the dismissal of Defendant OHS.

3. The Clerk of Court shall certify the Second Amended Judgment and Plaintiffs shall register the Second Amended Judgment in the Central District of California.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** August 9, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANT OHS, INC.'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW ~ 3